IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALBERT EDWARDS,

    Petitioner,                                      JUDGMENT IN A CIVIL CASE

v.                                                Case No. 16-cv-462-jdp

LOUIS WILLIAMS,

    Respondents.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Albert Edward's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

    /s/                                                                 7/13/2016

Peter Oppeneer, Clerk of Court                          Date