IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALBERT EDWARDS,

                Petitioner,

v.                                                  ORDER

LOUIS WILLIAMS,                               16-cv-462-jdp

                Respondent.

---

On July 13, 2016, I denied pro se petitioner Albert Edwards's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 2. Judgment was entered the same day. Dkt. 3. Petitioner has now filed a "motion to hold writ of habeas corpus in abeyance," essentially asking to stay this case while he files a writ of error coram nobis in an Arkansas court and while the United States Supreme Court determines whether to grant a petition for a writ of certiorari in a pending case. Dkt. 4. I will deny petitioner's motion because there is nothing to stay—this case is closed. As I explained in my earlier order denying petitioner's petition, he must address his *Johnson*-based arguments to the Seventh Circuit, in an application for permission to file a second or successive petition under 28 U.S.C. § 2255. And if the Seventh Circuit grants petitioner's petition, then he must return to his sentencing court with a petition under § 2255, not to this court.

Accordingly, IT IS ORDERED that petitioner Albert Edwards's motion to hold writ of habeas corpus in abeyance, Dkt. 4, is DENIED

Entered July 20, 2016.

                                              BY THE COURT:
                                              /s/

                                              _____
                                              JAMES D. PETERSON
                                              District Judge